January 29, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

HUMBERTO MONTALVO, INDIVIDUALLY AND D/B/A MONTALVO
PRODUCE OF MEXICO, Appellant

NO. 14-11-00987-CV                          V.

J.P. MORGAN CHASE BANK N.A., Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on July 18, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Humberto Montalvo, Individually and d/b/a Montalvo Produce of Mexico.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.